# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 213 WAL 2018

Respondent :

: Petition for Allowance of Appeal from
: the Order of the Superior Court

v. :

MICHAEL ASFIELD LASHLEY, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.